

**IDAHO DEPARTMENT OF FISH AND GAME**

| | |
|---|---|
| MAGIC VALLEY REGION | C.L. "Butch" Otter / Governor |
| 324 South 417 East, Suite 1 | Virgil Moore / Director |
| Jerome, Idaho 83338 | |

September 28, 2017

Codie Martin
Bureau of Land Management
Shoshone Field Office
400 West F Street
Shoshone, ID 83352

**RE: Wood River Valley Travel Management Plan, Scoping Comments**

Dear Codie:

Idaho Department of Fish and Game (Department) staff has reviewed the scoping package developed by the Bureau of Land Management's (BLM) Shoshone Field Office (SFO) for the Wood River Valley Travel Management Plan (WRVTMP). It is our understanding the purpose of the planning effort is to 1) provide for a variety of road and trail based recreation opportunities that meets the needs expressed in earlier scoping efforts for the Wood River Valley area by using existing roads and trails and identifying new trail construction corridors, 2) establish connectivity with the Sawtooth National Forest trail system, 3) maintain access for resource management and authorized use purposes, and 4) highlight locations for future easement acquisitions to ensure access to public lands. Travel management planning in the Wood River Valley is needed 1) as mandated by travel related management decisions in the Idaho and Southwestern Montana Greater Sage-Grouse Approved Resource Management Plan Amendment of September 2015, 2) to comply with BLM's current travel and transportation guidance and policies, 3) to manage the travel and transportation system in a manner that protects natural and cultural resources, while providing for motorized, non-motorized, mechanized, and non-mechanized access needed to support a variety of resource and resource management uses, 4) to manage existing infrastructure associated with permitted resource uses on public lands, 5) to identify and maintain access to the Sawtooth National Forest designated road and trail network, and 6) to identify where and what type of easements for access to public land should be considered.

The scoping package includes four preliminary route options: Option A – existing conditions, Option B – recreation emphasis, Option C – resource conservation emphasis, and Option D – blended. Each option contains a suite of potential actions related to motorized, mechanized, and non-mechanized route designations, new trail construction, non-designated routes, seasonal motorized limitations, over-snow motorized routes, camp sites, and parking areas.

The travel management planning area (TMA) includes 140,655 acres of BLM land north of U.S. Highway 20, south of the Lake Creek Trailhead, west of Willow Creek and east of the Little Wood River. The area currently contains a broad network of routes consisting of 383.8 miles of

open roads, 6.5 miles of motorized trails, 17.9 miles of non-motorized trails, and an unknown quantity of unauthorized/user created routes.

The purpose of these comments is to assist the decision-making authority by providing technical information addressing potential effects on wildlife and wildlife habitat and how any adverse effects might be mitigated. It is not the purpose of the Department to support or oppose this proposal. Resident species of fish and wildlife are property of all Idaho citizens, and the Department and Idaho Fish and Game Commission are expressly charged with statutory responsibility to preserve, protect, perpetuate and manage all fish and wildlife in Idaho (Idaho Code 36-103 (a)). In fulfillment of our statutory charge and direction as provided by the Idaho Legislature, we offer the following comments and issues for consideration during the travel management analysis.

**Background**
The Department's scoping comments are based on the following interests:

Wildlife-related recreational activities
Hunting is one of the most important recreational activities in the planning area. In 2016, deer and elk hunting alone accounted for more than 39,000 hunter-days in Game Management Units (GMUs) encompassing the project area (http://fishandgame.idaho.gov/public/hunt/?getpage=113). Hunter numbers peak in September and October and the influx of hunters can create management challenges and even conflicts among different types of hunters. Hunter satisfaction is dependent on a number of variables, including but not limited to, game abundance and harvest success. Hunters generally want to spend quality time recreating with friends and family in a natural setting with a reasonable probability of harvesting an animal.

Our surveys and those of others (Sanyal et al. 2007, Sanyal et al. 2012) show the majority of Idaho hunters prefer to hunt in areas where they encounter low numbers of hunters and few motorized vehicles. In addition, these surveys show that elk and deer hunters favor travel management restrictions as a strategy to improve hunting. The Department is currently conducting a comprehensive survey of mule deer hunters in Idaho. The intent is to understand the experiences mule deer hunter's currently desire, including access. The results of this survey should be available early next year.

Mule deer and elk vulnerability during hunting seasons
The BLM-managed lands under consideration have a long history of providing hunters with good opportunities for harvesting mature mule deer bucks and bull elk. However, high road and trail densities and increasing motorized and mechanized use can compromise the quality and quantity of security habitat during the hunting season. Big game distribution (Montgomery et al. 2013, Proffitt et al. 2013, and others) and vulnerability to mortality from hunter harvest (Leptich and Zager 1991, Gratson and Whitman 2000, and others) are directly impacted by road and trail densities. In densely roaded areas, bucks and bulls are harvested by hunters at higher rates affecting the age structure of the male segment of the population (Unsworth et al. 1993, Skovlin et al. 2002). In some areas, the increased popularity of ATVs and motorcycles combined with the lack of regulations on their use, have provided hunters access to areas that were once difficult to

get to. Increased access results in reduced security habitat for deer and elk, and generally increases harvest rates.

Disturbance of wildlife during sensitive seasons
Many species of wildlife are displaced from habitats adjacent to roads and motorized trails (Rost and Bailey 1979, Wisdom et al. 2005, Barton and Holmes. 2006, and others). These effects are species-specific and vary considerably. In highly motorized areas, the ability of many species to make efficient use of otherwise suitable habitat near motorized roads and trails is compromised. Wisdom et al. (2000) provides information on 91 species of wildlife at risk. Motorized travel was concluded to be a primary factor in the loss of source habitat for 74 of 91 at risk species. Elk are particularly susceptible to roads and motor vehicle traffic (Wisdom et al. 2005, Montgomery et al. 2013, and others). In areas with high road densities, elk exhibit higher levels of stress and increased movement rates (Rowland et al. 2005, Naylor et al. 2009). Displacement from preferred habitats can affect energy conservation (Cole et al. 1997). Consequently, survival and reproduction may be compromised (Davidson et al. 2012). Disturbance effects become particularly important during sensitive seasons, such as winter (Cook et al. 2004) or during fawning/calving (Geist 1978), when maintenance of energy reserves is essential to survival and reproduction.

Parts of the travel plan area provide important seasonal habitats for sage-grouse. Lyon and Anderson (2007) found that light traffic disturbance (1-12 vehicles/day) during the sage-grouse breeding season might reduce nest-initiation rates and increase distances moved from leks during nest site selection. In addition, Knick et al. (2013) proposed minimum ecological requirements for sage-grouse that provide thresholds from which the effects of land use and anthropogenic disturbance can be determined, including maintaining secondary road densities at $<1.0$ km/km$^2$ in priority sage-grouse habitat.

**Issues**
The Department provides the following issues for analysis in the travel plan environmental assessment.

Issue:  Road Redundancy
Some roads and trails within the TMA provide access to the same areas and are likely unnecessary. We suggest the BLM develop a strategy to evaluate road redundancy relative to meeting recreational and other objectives.

Issue:  Seasonal Motorized Closures or Restrictions
Seasonal closures or restrictions should be implemented to protect fish and wildlife resources during sensitive times. Examples include protection of important deer fawning and elk calving habitats, deer and elk winter habitats, sage-grouse breeding habitats, and active raptor nesting territories. Seasonal closures or restrictions during the big game hunting seasons should be assessed from the perspective of animal displacement from security habitat. Seasonal closures of winter habitat should be assessed from the perspective of keeping deer and elk on native ranges rather than private property and/or near roadways. Seasonal closures for sage-grouse should be assessed from the perspective of minimizing disturbance during breeding season.

Issue: Dead-End Spur Roads
Many short dead-end spur roads have developed throughout the TMA (e.g., 365A, 425A, 342A, 386A, 427A, 477A, 310A, 570A, 612A, 676A, 687A, 536A, 573A, etc.). It is unclear whether these roads are necessary for management activities. Decommissioning some of these spurs or classifying as administrative use only would have benefits to wildlife by reducing disturbance effects, expanding source habitats, and increasing big game security habitat. We recommend the BLM evaluate the necessity of dead-end spur roads.

Issue: Hunter Opinions
Collaboration with the public, including hunters, anglers, and wildlife enthusiasts is needed to ensure a travel planning outcome that will minimize conflicts, provide desired recreation opportunities, and protect resources. Within the TMA, hunting uses include late summer/fall deer and elk hunting, winter hunting for mountain lions and wolves, spring black bear hunting, and upland bird hunting. Each of these user groups may frequent different areas, and may have different opinions on access restrictions. From 1998-2011, the Department's Magic Valley Region conducted multiple hunter surveys at big game check stations to learn their opinions about the topic of access and hunting opportunity. While the questions varied from survey to survey, hunters were generally supportive of improvements in OHV management or restrictions in OHV use for the purpose of benefitting wildlife and hunting (Department files, Jerome). The following is a brief bullet summary of the results of these surveys for consideration in the travel plan analysis. Further details can be provided on request.

- The mule deer hunter use of ATVs and motorcycles is increasing; 11% in 1998, 17% in 2004, 38% in 2006, and 39% in 2010.
- Approximately 75% of big game hunters *support* or *would accept* temporary road closures to improve big game hunting.
- More than 55% of hunters surveyed use foot travel or horses as their primary mode of transportation while hunting.
- More than 85% of hunters feel the number of roads and trails in their hunting areas are excessive or adequate. Less than 15% felt there were not enough roads and trails.

From these surveys it is Department opinion that additional motorized road and trail opportunities in the travel planning area are not necessary to serve the recreational interests of most big game hunters. The Magic Valley Region will be conducting surveys of mule deer hunters about access and hunting opportunity at check stations this fall. Results of these surveys will be available later this year.

Issue: Elk displacement and private property
Elk damage to private property is an important on-going issue in the planning area. During the summer and fall of 2016 and winter of 2016-2017, the Department responded to 18 elk depredations involving nearly 1,000 elk within the TMA. Nearly all of the depredations were related to damage on standing or stored crops and elk accessing livestock feed lines and corrals.

Displacement of big game elk away from roads and trails may cause substantial reductions in habitat utilization and habitat effectiveness and has the potential to exacerbate elk depredation issues in the area. Human disturbance associated with roads and trails negatively influences elk behavior because elk vacate otherwise suitable habitat to avoid human activity (Lyon 1979, Lyon

1983, Naylor et al. 2009). Managing for road and trail densities and public use commensurate with the habitat needs of elk should help alleviate depredation issues throughout the TMA.

**Comments on the Proposed Options**
The Department appreciates the level of preparation and associated materials available to assist in the review process. The level of detail in the route system inventory was impressive, and the comprehensive and flexible georeferenced data tools were much appreciated. We also value many of the elements of the proposed options. Eliminating cross-country travel, decreasing route redundancy, and reducing user-created routes will benefit wildlife.

In general, the Department feels that Option C provides the best compromise between wildlife habitat protection and reasonable public access. Option C provides the lowest route density of the three options which will help increase wildlife security habitat, reduce disturbance to wildlife, and create defined areas for hunters who prefer a motorized or non-motorized experience. We encourage further evaluation of dead-end spur roads and redundant routes which would in turn allow an opportunity to consider additional trail opportunities under Option C. For example, proposed route 316C and proposed route 458D could be evaluated under Option C if a commensurate mileage of dead-end spur roads or redundant routes were removed (or re-designated).

Options B and D contain proposals to build ATV connector trails (478B and 907A) in the Brush Creek area. In the spring of 2017 IDFG biologists observed mule deer fawning and elk calving in Brush Creek. In addition, Brush Creek lies within the heart of the mule deer migration corridor. Constructing the connector trails and subsequent recreational use would reduce the wildlife benefits of these important seasonal habitats.

Options B and D propose nearly 23 miles of new single-track motorcycle trail in the Slaughterhouse Creek, Martin Canyon, and Big Dry Canyon areas. These areas afford some of the largest remaining contiguous blocks of non-motorized habitat left in the planning area. Constructing these trails would affect security and parturition habitats for big game, could displace elk to private property, and would eliminate areas for hunters preferring a non-motorized experience.

The Department appreciates the winter travel planning options. All areas under consideration serve as winter habitat for big game. Motorized closures or restrictions should be assessed from a perspective of the wildlife benefits of reducing disturbance during a vulnerable period. However, the Department also has a responsibility to wildlife-based winter recreationists, such as mountain lion hunters, who need some motorized access to effectively hunt. The winter motorized routes outlined in Option B and acres outlined in Option D coupled with seasonal closure dates of January 1 – April 30 should afford good protection for wintering big game while providing opportunities for motorized over-snow access.

Non-motorized access (e.g., hiking and show shoeing) on big game winter range is an on-going issue in the Wood River Valley as evidenced by events during the winter of 2016-2017. Department staff received numerous complaints throughout the valley about harassment of wintering big game by winter recreationists (and accompanying dogs). During our winter aerial

elk survey on the east side of the valley we observed a surprising number of trails made by snow shoeing and skiing on mid- and upper elevation winter range. While the issue is typically associated with winter ranges in close proximity to population centers, the problem was much more widespread last winter. As part of the analysis, we recommend the BLM evaluate human entry closures on big game winter range in close proximity to population centers. We offer our assistance in the development of human entry closure options.

We are unaware how the BLM intends to analyze the effects of the travel management options on wildlife. We offer our assistance in developing a strategy for this analysis. Recent Forest Service travel management plans used road density and buffer analyses to compare current conditions to various travel management alternatives. The Department has provided BLM an assortment of data on a variety of wildlife species, including deer, elk, and sage-grouse, that should be considered under all alternatives. In addition, BLM should consult pertinent Department species management plans (https://idfg.idaho.gov/wildlife/management-plans), the State Wildlife Action Plan (2015, https://idfg.idaho.gov/swap), and annual reports to help match analyses to Department objectives for different wildlife species within the planning area.

Thank you for the opportunity to provide scoping input. We look forward to working with you on these issues in the upcoming months. Please contact Mike McDonald, Environmental Staff Biologist, in this office if you have any questions.

Sincerely,

Craig White
Magic Valley Regional Supervisor

Cc:   J. Cook, IDPR
      G. Vecellio, IDFG
      R4 staff

Literature:

Barton, D. C. and A. L. Holmes. 2006. Off-highway vehicle trail impacts on breeding songbirds in northeastern California. Journal of Wildlife Management 71(5):1617-1620.

Canfield, J. E. L. J. Lyon, J. M. Hillis, and M. J. Thompson. 1999. Ungulates. In G. Joslin and H. Youmans, coordinators. Effects of recreation on Rocky Mountain wildlife: a review for Montana. Committee on Effects of Recreation on Wildlife, Montana Chapter of The Wildlife Society: 6.1–6.25, Helena, Montana.

Cole, E. K., M. D. Pope, and R. G. Anthony. 1997. Effects of road management on movements and survival of Roosevelt elk. Journal of Wildlife Management 61:1115-1126.

Cook, J. G., B. K. Johnson, R. C. Cook, R. A. Riggs, T. Delcurto, L. D. Bryant, and L. L. Irwin. 2004. Effects of summer-autumn nutrition and parturition date on reproduction and survival of elk. Wildlife Monographs 155:1–61.

Davidson, G. A., B. K. Johnson, J. H. Noyes, B. L. Dick, and M. J. Wisdom. 2012. Effect of archer density on elk pregnancy rates and conception dates. Journal of Wildlife Management 76(8):1676–1685.

Forman, R. T. and L. E. Alexander. 1998. Roads and their major effects. Annual Review of Ecology and Systematics 29:207-231.

Freddy, D. J., W. M. Bronaugh, and M. C. Fowler. 1986. Responses of mule deer to disturbance by persons afoot and snowmobiles. Wildlife Society Bulletin 14(1):63-68.

Gaines, W. L, P. H. Singleton, and R. C. Ross. 2003. Assessing the cumulative effects of linear recreation routes on wildlife habitats on the Okanogan and Wenatchee National Forests. General Technical Report PNW-GTR-586. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 79 p.

Geist, V. 1978. Behavior. Pages 283–296 in J. L. Schmidt and D. L. Gilbert, editors. Big game of North America: ecology and management. Stackpole, Harrisburg, Pennsylvania, and Wildlife Management Institute, Washington, D.C.

Gratson, M. W. and C. Whitman. 2000. Road closures and density and success of elk hunters in Idaho. Wildlife Society Bulletin 28:302-310.

Hayes, S. G., D. J. Leptich, and P. Zager. 2002. Proximate factors affecting male elk hunting mortality in northern Idaho. Journal of Wildlife Management 66:491-499.

Idaho Department of Fish and Game. 2017. Idaho State Wildlife Action Plan, 2015. Boise (ID): Idaho Department of Fish and Game. Grant No.: F14AF01068 Amendment #1. Available from: http://fishandgame.idaho.gov/. Sponsored by the US Fish and Wildlife Service, Wildlife and Sport Fish Restoration Program.

Knick, S. T., S. E. Hanser, and K. L. Preston. 2013. Modeling ecological minimum requirements for distribution of greater sage-grouse leks: implications for population connectivity across their western range, U.S.A. Ecology and Evolution 3(6):1539-1551.

Leege, T. A. 1984. Guidelines for evaluating and managing summer elk habitat in northern Idaho. Idaho Department of Fish and Game. Wildlife Bulletin 11, Boise, Idaho.

Leptich, D. J. and P. Zager. 1991. Road access management effects on elk mortality and population dynamics. Pages 126-131 in A. G. Christensen, L. Lyon, and T. N. Lonner, editors. Proceedings Elk Vulnerability Symposium, Montana State University, Bozeman, Montana.

Lyon, L. J. 1979. Habitat effectiveness for elk as influenced by roads and cover. Journal of Forestry 79:658–660.

Lyon, L. J. 1983. Road density models for describing habitat effectiveness for elk. Journal of Forestry 81:592–595

Lyon, L. J. and A. G. Christensen. 2002. Elk and land management. Pages 557-581 in D. E. Toweill and J. W. Thomas, editors. North American elk: ecology and management. Smithsonian Institution Press, Washington, DC.

Montgomery, R. A., G. J. Roloff, and J. J. Millspaugh. 2013. Variation in elk response to roads By season, sex, and road type. Journal of Wildlife Management 77(2):313–325.

Naylor, L. M., M. J. Wisdom, and R. G. Anthony. 2009. Behavioral responses of North American elk to recreational activity. Journal of Wildlife Management 73(3):328-338.

Proffitt, K. M., J. A. Gude, K. L. Hamlin, and M. A. Messer. 2013. Effects of hunter access and habitat security on elk habitat selection in landscapes with a public and private land matrix. Journal of Wildlife Management 77(3):514-524.

Rost, G. R. and J. A. Bailey. 1979. Distribution of mule deer and elk in relation to roads. Journal of Wildlife Management 43:634-641.

Rowland, M. M., M. J. Wisdom, B. K. Johnson, and M. A. Penninger. 2005. Effects of Roads on Elk: Implications for Management in Forested Ecosystems. Pages 42-52 in M. J. Wisdom, technical editor. The Starkey Project: a synthesis of long-term studies of elk and mule deer. Reprinted from the 2004 Transactions of the North American Wildlife and Natural Resources Conference, Alliance Communications Group, Lawrence, Kansas.

Schultz, R. D. and Bailey, J. A. 1978. Responses of national park elk to human activity. Journal of Wildlife Management 42(1):91–100.

Shively, K. J., A. W. Alldredge, and G. E. Phillips. 2005. Elk reproductive response to removal of calving season disturbance by humans. Journal of Wildlife Management 69(3):1073–1080.

Sanyal, N., W. J. McLaughlin, J. F. Tynon, J. Tangen-Foster, S. Allen, and C. C. Harris. 1989. 1987-88 Idaho rifle deer hunting survey. Volume I: Results. Idaho Department of Fish and Game. 130 pages.

Sanyal, N., E. Krumpe, and D. Coombs. 2007. Mule deer hunting in Idaho: understanding the needs and experiences of hunters. University of Idaho, Moscow, Idaho.

Sanyal, N., E. Krumpe, and A. Middleton. 2012. Elk hunting in Idaho: understanding the needs and experiences of hunters. Prepared for the Idaho Department of Fish and Game. Department of Conservation Social Sciences, University of Idaho, Moscow, Idaho.

Sanyal, N., E. Krumpe, and A. Middleton. 2012. The 2012 Idaho OHV-hunter study. Prepared for the Idaho Department of Fish and Game. Department of Conservation Social

Sciences, University of Idaho, Moscow, Idaho.

Skovlin, J. M., P. Zager, and B. K. Johnson. 2002. Elk habitat selection and evaluation. Pages 557-581 in D. E. Toweill and J. W. Thomas, editors. North American elk: ecology and management. Smithsonian Institution Press, Washington, DC.

Unsworth, J. W., L. Kuck, M. D. Scott, and E. O. Garton. 1993. Elk mortality in the Clearwater drainage of northcentral Idaho. Journal of Wildlife Management 57:495-502.

Wisdom, M. J., R. S. Holthausen, B. C. Wales, C. D. Hargis, V. A. Saab, D. C. Lee, W. J. Hann, T. D. Rich, M. M. Rowland, W. J. Murphy, and M. R. Eames. 2000. Source habitats for terrestrial vertebrates of focus in the Interior Columbia Basin: broad-scale trends and management implications. USDA Forest Service, Pacific Northwest Field Station, General Technical Report, PNW-GTR-485.

Wisdom, M. J., H. K. Preisler, N. J. Cimon, and B. K. Johnson. 2004. Effects of off-road recreation on mule deer and elk. Transactions of the North American Wildlife and Natural Resource Conference 69.

Wisdom, M. J., A. A. Ager, H. K. Preisler, N. J. Cimon, and B. K. Johnson. 2005. The effects of off-road recreation on mule deer and elk. Pages 67-80 in M. J. Wisdom, technical editor. The Starkey Project: a synthesis of long-term studies of elk and mule deer. Reprinted from the 2004 Transactions of the North American Wildlife and Natural Resource Conference, Alliance Communications Group, Lawrence, Kansas.