

**IDAHO DEPARTMENT OF FISH AND GAME**

MAGIC VALLEY REGION
324 South 417 East, Suite 1
Jerome, Idaho 83338

Brad Little / Governor
Ed Schriever / Director

August 31, 2020

Codie Martin
Shoshone Field Office
Bureau of Land Management
400 West F Street
Shoshone, ID 83352

**Re:  IDFG Review – Draft Wood River Valley Recreation and Access EA**

Dear Codie:

The Idaho Department of Fish and Game's (IDFG) mission is to preserve, protect, perpetuate, and manage fish and wildlife for the public interest (Idaho Code 36-103(a)).  Accordingly, IDFG has reviewed the Bureau of Land Management's (BLM) Draft Wood River Valley Recreation and Access Environmental Assessment (DEA) and supporting documents.  The DEA's purpose is to consider expanding trail-based recreation and camping on BLM lands within the Wood River Valley.

IDFG appreciates BLM's longstanding partnership and consideration of fish and wildlife when managing recreation.  IDFG supports improving recreational access on public lands if adverse effects to fish and wildlife and associated recreation (i.e., hunting, fishing, and trapping) can be avoided, minimized, or mitigated.  When preparing the Final Environmental Assessment and Decision Record, please consider IDFG's attached comments which are intended to assist BLM decision-making by providing technical information about big game and their habitats (DEA Issue 3), big game hunting, and invasive weeds (DEA Issue 6).

Thank you for the opportunity to provide DEA review comments, and IDFG looks forward to continuing support for BLM's efforts to balance recreation with the interests of wildlife and wildlife-related recreation.  Please contact Frank Edelmann, Natural Resource Policy Manager, if you have questions.

Sincerely,

*Craig A. White*

Craig White
Magic Valley Regional Supervisor

Cc:   J. Cook, IDPR
Attach:  IDFG Technical Comments

Idaho Department of Fish and Game Technical Review:

Draft Wood River Valley Recreation and Access Environmental Assessment (DEA) and Supporting Documents

US Department of Interior – Bureau of Land Management

31 August 2020

The Idaho Department of Fish and Game (IDFG) has reviewed the Bureau of Land Management's (BLM) Draft Wood River Valley Recreation and Access Environmental Assessment (DEA) and supporting documents (e.g., Design Features and Management Plan (DFMP), Wildlife Specialist Report (WSR), and Specialist Report for Upland Vegetation and Soils) and offers the following technical comments for consideration (also refer to IDFG's 28 September 2017 "Wood River Valley Travel Management Scoping Comments" letter to BLM):

1. **Big Game Disturbance, Displacement, and Habitat Loss**

- Comments:
  - Big game are culturally and economically important to Idaho's citizens and communities in the DEA planning area, which provides important year-round habitat for mule deer and elk (i.e., winter, parturition, summer, and migration) as noted in DEA Section 3.4.1 and WSR Section 2H. Although not quantifying levels of increased recreation or associated big game impacts, DEA Section 3.4.2.1 acknowledges that all three action alternatives would increase big game disturbance in all habitats.
  - WSR Section 10 confirms that both mechanized and non-mechanized recreation disturb big game (also see Freddy et al. 1986, Gaines et al. 2003, Naylor et al. 2009), and illustrates that recreation-induced disturbance triggers behavioral changes (e.g., flight and habitat avoidance) that then cause (1) habitat displacement, (2) habitat fragmentation and loss, (3) physiological stress (particularly during winter), and (4) fitness consequences (i.e., reduced survival and reproduction). Subsequently, WSR Section 11 concludes that each action alternative would cumulatively cause long-term additive wildlife disturbance and functional habitat loss compared to existing conditions.
  - Elk in particular are displaced from otherwise suitable habitat along roads and trails (Lyon 1979, Rost and Bailey 1979, Lyon 1983, Wisdom et al. 2005, Barton and Holmes 2006, Montgomery et al. 2013). Repeated disturbance can displace elk long-term from preferred habitats, thereby (1) causing long-term habitat fragmentation and loss (Wisdom et al. 2000), (2) compromising energy conservation (Cole et al. 1997), and (3) ultimately reducing survival and reproduction (Davidson et al. 2012). For example, elk have higher stress levels and increased movements in areas with high road densities (Rowland et al. 2005, Naylor et al. 2009), and disturbance impacts are particularly consequential for elk during winter (Cook et al. 2004) and calving (Geist 1978, Phillips and Alldredge 2000, Shively et al. 2005) when energy reserves are essential for survival and reproduction.
  - Route densities can be an indicator of recreation-induced big game disturbance, displacement, and habitat loss causing adverse population-level impacts identified in WSR Sections 10 and 11. The planning area contains approximately 392 miles of existing routes (DEA Section 3.6.2.6) and road densities of 1.3–2.3 km/km$^2$ (DEA Section 3.4.2.1) that already exceed 0.17–0.62 km/km$^2$, which WSR Section 10 reported can influence elk distribution.
  - During the past 20 years, unauthorized user-created routes and resulting recreation, including backcountry skiing and off-trail snowmobiling, have adversely impacted big game (DEA Section 3.2.1). Many existing routes, particularly user-created routes, are likely unnecessary to

achieve public and BLM administrative access objectives (e.g., redundant, dead-ends with no destination, etc.). Recognizing that travel planning is not the DEA's primary purpose, Preferred Alternative D proposes to close some unnecessary existing routes. Many more unnecessary routes (potentially user-created) appear to also occur in the planning area (e.g., 365A, 425A, 342A, 386A, 427A, 477A, 310A, 570A, 612A, 676A, 687A, 536A, 573A, etc.).
- o Decommissioning and rehabilitating unnecessary routes, thereby reducing route densities, would likewise reduce adverse impacts to big game from disturbance, displacement, and habitat fragmentation/loss. Strategically decommissioning more unnecessary routes might also afford additional new looping trail opportunities without increasing overall route densities and big game habitat fragmentation/loss.
- o Based on a literature review, WSR Section 11 concludes that recreation development proposed in the DEA's action alternatives would cause unspecified levels of direct, indirect, and cumulative adverse impacts on big game through disturbance, displacement, and habitat loss. Correspondingly, Preferred Alternative D's proposed trail network (i.e., net increase of 74.6 miles of new routes; DEA Table 3, DFMP Table 1) would cause a net increase of route densities, and the resulting recreation would cause a cumulative increase in recreation conflicts with big game (DEA Sections 3.4.2.5 and 3.4.2.7).
- o Invasive and noxious weed infestations can severely degrade plant communities causing functional big game habitat loss. DEA Section 3.4.1 lists invasive and noxious weeds as a threat to big game habitats and populations in the planning area. The DEA's "Specialist Report for Upland Vegetation and Soils" identifies invasive and noxious weeds as an adverse and cumulative impact on wildlife habitat for all action alternatives (DEA Sections 3.7.2.2 and 3.7.2.6). Despite the DEA's identified weed impacts to wildlife, BLM is proposing no additional resources to monitor or treat weed infestations associated with proposed new recreation routes and infrastructure (DEA Sections 3.7.2.2 and 3.7.2.7; also see "Invasive and Noxious Weeds" below), resulting in a consequential, far-reaching, and long-term unmitigated adverse impact to big game and their habitats.
- o DEA Section 3.4.2.5 concludes that Preferred Alternative D's adverse impacts on big game would be minor to moderate, which appears unsupported by WSR Sections 10/11 and DEA Sections 3.7.2.2/3.7.2.7. The DEA's conclusion is based on reviewing existing data, professional BLM staff judgement, and design feature implementation relative to analysis assumptions (DEA Sections 2.1, 3.1.1, and 3.1.2). For example, the following assumption appears key for assessing the significance of big game impacts: "Constructing and providing sustainable trails opportunities would decrease user-created and illegally constructed trails by providing a designated trail network which recreationists are more inclined to use." However, the DEA and supporting documents provide no scientific bases for (1) validating analysis assumptions; (2) designing adequate measures to avoid, minimize, and mitigate adverse impacts (e.g., invasive and noxious weeds); or (3) supporting a conclusion of only minor to moderate big game impacts.
- Recommendations – Based on comments above, IDFG recommends the following for consideration in the Final Environmental Assessment (FEA) and Decision Record (DR):
  o ==Incorporate a comprehensive evaluation and strategy to address existing unnecessary routes (e.g., route closures, decommissioning, restoration, etc.).==
  o To better understand the magnitude of potential impacts to big game and effectiveness of corresponding design features, provide estimates of important impact predictors (e.g., forecasted recreation distribution and levels by type) for each DEA action alternative that would affect existing big game distribution, habitats, and population parameters (include validation of analysis assumptions with empirical information and scientific literature if possible).

- o   Expand the DFMP with detailed plans, measures, staffing, and resources that will ensure adequate comprehensive effectiveness monitoring, enforcement, and adaptive management of design features necessary to avoid, minimize, and mitigate adverse recreation impacts to big game (e.g., enforcement of unauthorized user-created routes, decommissioning and rehabilitation of unauthorized or unnecessary routes, monitoring/treatment of weed infestations, etc.).

2. **Big Game Hunting and Security Habitat**

- Comments:
    - o   Big game hunting in the DEA planning area is a culturally and economically important recreational activity (DEA Section 3.4.1) that extends from late summer through spring (i.e., mule deer, elk, mountain lion, wolves, and black bear).  For example, mule deer and elk are BLM priority species that provided more than 39,000 hunter-days in the planning area during 2016 (DEA Section 3.4.1).
    - o   Hunter satisfaction generally centers on quality time with friends and family in a natural setting with a reasonable probability of harvesting game.  Accordingly, the majority of Idaho deer and elk hunters prefer areas with low hunter and motorized vehicle numbers, and favor travel management to improve hunting (Sanyal et al. 2007, Sanyal et al. 2012a, Sanyal et al. 2012b). Based on 1998-2011 surveys (IDFG data), hunters in IDFG's Magic Valley Region similarly supported travel management to benefit hunting.  For example, about 85% of hunters felt the number of roads/trails in their hunting area were adequate or excessive, and 75% would support or accept temporary road closures to improve big game hunting.
    - o   BLM lands in the planning area provide hunters with opportunities to harvest mature mule deer bucks and elk bulls.  Excessive hunter access (e.g., high route densities and mechanized travel), however, can reduce big game security habitat, alter herd distributions, and increase harvest (WSR Section 10, Leptich and Zager 1991, Gratson and Whitman 2000, Hayes et al. 2002, Montgomery et al. 2013, Proffitt et al. 2013).  For example, mule deer bucks and elk bulls are typically harvested at higher rates in densely roaded areas, which causes younger buck/bull age structures (Unsworth et al. 1993, Skovlin et al. 2002).
    - o   Existing route densities within the planning area might already be relatively high for big game security needs.  WSR Section 10 noted that road densities of 0.17–0.62 km/km$^2$ can influence elk habitat effectiveness.  Existing road densities in the planning area are 1.3–2.3 km/km$^2$ (DEA Section 3.4.2.1).  Preferred Alternative D would increase route densities, which would further fragment existing habitat, decrease habitat effectiveness, and particularly shrink security habitat for big game.  For instance, the proposed new trails connecting Slaughterhouse and Quigley canyons, would considerably reduce big game security habitat in one of only three remaining large contiguous blocks of unfragmented big game habitat in the planning area (DEA Maps 15 and 19) and eliminate a remaining opportunity for a more primitive hunting experience.
    - o   Of the three DEA action alternatives, IDFG concurs that Alternative C's lowest route densities would have the least adverse impacts to big game and their habitats (DEA Section 3.4.2.4) while affording new recreational access in the planning area.  Whereas, Preferred Alternative D's 74.6 net miles of new routes are likely unnecessary to serve most big game hunters in the planning area.  With additional clarity and specifications, Preferred Alternative D's Seasonal Closures and Use Restrictions for big game winter range (DFMP Section 3.2.9, DEA Map 15) might provide a reasonable balance of winter big game hunting access (e.g., mountain lion hunting) and winter range protections, including management flexibility during severe winters. However, the DFMP currently provides little practical information about how BLM would administer, monitor, enforce, and adapt design features necessary to avoid, minimize, and

mitigate what might otherwise be substantial adverse recreation impacts to big game (also see "Winter Range Seasonal Closures and Use Restrictions" below).

- Recommendations – Based on comments above, IDFG recommends the following for consideration in the FEA/DR:
    - Implement Alternative C's new routes and Preferred Alternative D's winter range Seasonal Closures and Use Restrictions to maintain quality big game habitat (e.g., security habitat) while providing a diversity of associated hunting access options and experiences (i.e., motorized, mechanized non-motorized, and non-motorized).
    - Expand the DFMP with detailed plans, measures, staffing, and resources that will ensure adequate comprehensive effectiveness monitoring, enforcement, and adaptive management of design features necessary to avoid, minimize, and mitigate adverse recreation impacts to big game (e.g., winter range Seasonal Closures and Use Restrictions, etc.).
    - Remove proposed new trails connecting Slaughterhouse and Quigley canyons from all action alternatives to (1) maintain existing hunting opportunities, (2) decrease big game vulnerability, and (3) prevent new habitat fragmentation/loss in this remaining large contiguous block of important big game habitat.

3. **Winter Range Seasonal Closures and Use Restrictions**

- Comments:
    - Much of the DEA's planning area provides important winter range (e.g., 223,718 acres of elk winter range; WSR Section 2H) and corresponding seasonal migration routes (e.g., 128,265 acres of mule deer migration habitat; WSR Section 2H) necessary to support the culturally and economically important big game populations in the planning area. Recognizing big game's cultural and economic significance, Department of Interior Secretarial Order 3362 (SO3362) directs the BLM to assist state fish and wildlife agencies with conserving priority big game winter ranges and migration habitats (DEA Section 3.4.1). The planning area contains both crucial winter range and migration routes for mule deer and elk populations associated with the Smoky-Boise Priority Area for implementing SO3362 in Idaho.
    - Human development in lower elevations of the planning area has restricted big game winter range to the surrounding foothills (DEA Section 3.4.1), which are also popular for year-round recreation (DEA Sections 1.2 and 3.2.1). Managing human access to winter range on public lands (e.g., seasonal access closures, mechanized and non-mechanized use restrictions, etc.) can be an effective tool to protect vulnerable big game during the especially stressful winter period. Specifically, minimizing human-caused disturbance of big game improves their winter habitat utilization and energy conservation (Cole et al. 1997), which ultimately improves survival (Davidson et al. 2012).
    - Managing human access to winter range can reduce the displacement of big game from public-land winter range onto private property and roadways. Elk depredation on private property is an on-going issue in the planning area. Big game harassment by non-mechanized winter recreation (e.g., hiking, skiing, snowshoeing, etc.) on winter range is also an on-going issue in the planning area. During the winter of 2016-2017 for example, IDFG responded to 18 depredations by nearly 1,000 elk damaging private property and agricultural products, and received numerous complaints about recreationists (and their accompanying dogs) harassing wintering big game.
    - Of the action alternatives, IDFG generally concurs that Alternative C's proposed routes would have the least adverse impacts to big game and their habitat (DEA Section 3.4.2.4) while affording some new recreational access. With additional clarity and specifications, Preferred Alternative D's Seasonal Closures and Use Restrictions for winter range (DFMP Section 3.2.9, DEA Map 15) might provide a reasonable balance of big game protections and recreation,

including management flexibility during severe winters. "Annual OHV Closures" from 1 January through to 30 April (76,476 acres) and "Conditional Restrictions" from initiation through 30 April (35,476 acres) comprise key concepts of the DEA's Seasonal Closures and Use Restrictions to protect wintering big game (DEA Section 3.4.2.5, DEA Table 3, DEA Map 15, DFMP Section 3.2.9, DFMP Table 5). DFMP Section 3.2.9 also lists general criteria to help determine locations and types of Conditional Restrictions (e.g., subzero temperatures, snow depth, deer/elk herd locations, animal body condition, and forage availability). However, no thresholds or corresponding restrictions are provided, including applicability of conditional human entry restriction to specified Annual OHV Closure areas (DEA Map 15).
- o BLM's administration, enforcement, and monitoring-based adaptive management will be critical to the success of Seasonal Closures and Use Restrictions outlined in the DFMP. DFMP Section 3.4 specifies that monitoring would be used to determine "Winter use conflicts between humans and deer and elk on public lands," and DFMP Section 3.4.1 specifies that monitoring would be accomplished by BLM partners including IDFG. DFMP Section 3.4.2 further indicates that additional mitigation measures would be considered if adaptive management monitoring reveals that DEA-identified resource thresholds have been reached. However, neither the DEA nor DFMP provide enough detail to understand how BLM would administer, monitor, enforce, and adapt proposed design features such as the Seasonal Closures and Use Restrictions (e.g., thresholds, additional mitigation measures, and IDFG's referenced participation).
- Recommendations – Based on comments above, IDFG recommends the following for consideration in the FEA/DR:
  - o Implement Alternative C's new routes and Preferred Alternative D's winter range Seasonal Closures and Use Restrictions to protect big game during winter.
  - o Limit designated winter access routes to valley and canyon bottoms.
  - o Expand the DFMP with detailed plans, measures, staffing (including implementing partner roles and responsibilities), and resources that will ensure adequate comprehensive effectiveness monitoring, enforcement, and adaptive management of the proposed winter range Seasonal Closures and Use Restrictions to avoid, minimize, and mitigate adverse recreation impacts to wintering big game.
  - o Through IDFG consultation, expand the DFMP to include criteria definitions, thresholds, and corresponding proactive human access restrictions for Conditional Restrictions to protect wintering big game, including conditional human entry restriction in specified Annual OHV Closure areas (DEA Map 15).

4. **Invasive and Noxious Weeds**

- Comments:
  - o Invasive and noxious weeds (i.e., weeds) pose a significant threat to wildlife habitat, and DEA Section 3.4.1 specifically identifies weeds as a threat to big game habitat in the planning area. The DEA's "Specialist Report for Upland Vegetation and Soils" and DEA Section 3.7.1.5 confirm that weeds are present throughout the planning area. Areas near existing roads/trails tend to have higher weed concentrations, whereas some areas without roads/trails have little or no weeds. For instance, a considerable diffuse knapweed infestation occurs along the Quigley Creek road but not upslope on the ridge (DEA Section 3.7.1.5).
  - o All of the DEA's action alternatives propose new routes that would create new weed conveyance corridors and worsen existing risks of weed spread within the planning area (DEA Section 3.7.2.2). The risk of weed spread is lowest for Alternative C compared to other action alternatives, but still greater than existing conditions (DEA Section 3.7.2.4).

*Equal Opportunity Employer • 208-334-3700 • Fax: 208-334-2114 • Idaho Relay (TDD) Service: 1-800-377-3529 •
http://fishandgame.idaho.gov*

001050

- o  DEA Sections 3.7.2.2 and 3.7.2.6 conclude that weeds spread by route construction and subsequent recreational use would adversely and cumulatively impact wildlife habitat by degrading native plant communities.  For example, Preferred Alternative D's new routes connecting Slaughterhouse and Quigley canyons would create new weed vector corridors and spread weeds into largely route-free and likely weed-free areas supporting important big game habitat (DEA Section 3.7.1.5).
  - o  Recreational use of the proposed new routes would also increase wildfire ignition risks. Wildfires can in-turn consequentially and cumulatively impose broad-scale weed risks and adverse impacts on fish and wildlife habitat (DEA Sections 3.5.2.2 and 3.6.2.6).
  - o  Despite the DEA's identified weed risks and adverse impacts to wildlife habitat, no additional resources are proposed to monitor or treat weed infestations associated with the Preferred Alternative D's new recreation routes, trailheads, or camping infrastructure (DEA Sections 3.7.2.2 and 3.7.2.6).  The DEA and DFMP therefore provide no mitigation for this likely far-reaching and long-term residual adverse impact to wildlife habitat.
- Recommendations – Based on comments above, IDFG recommends the following for consideration in the FEA/DR:
  - o  To augment post-construction reseeding of disturbed vegetation and soils (DFMP Section 3.1.1), expand the DFMP with detailed plans, measures, staffing, and resources that will ensure adequate comprehensive long-term monitoring/treatment for weed and wildfire threats to wildlife habitat from all new recreation routes and infrastructure.
  - o  Remove proposed new trails connecting Slaughterhouse and Quigley canyons from all action alternatives to minimize weed infestation risks in this important big game habitat.

## 5. Literature Cited

Barton, D. C. and A. L. Holmes. 2006. Off-highway vehicle trail impacts on breeding songbirds in northeastern California. Journal of Wildlife Management 71:1617-1620.

Cole, E. K., M. D. Pope, and R. G. Anthony.  1997.  Effects of road management on movements and survival of Roosevelt elk. Journal of Wildlife Management 61:1115-1126.

Cook, J. G., B. K. Johnson, R. C. Cook, R. A. Riggs, T. Delcurto, L. D. Bryant, and L. L. Irwin.  2004. Effects of summer-autumn nutrition and parturition date on reproduction and survival of elk. Wildlife Monographs 155:1–61.

Davidson, G. A., B. K. Johnson, J. H. Noyes, B. L. Dick, and M. J. Wisdom.  2012.  Effect of archer density on elk pregnancy rates and conception dates. Journal of Wildlife Management 76:1676–1685.

Freddy, D. J., W. M. Bronaugh, and M. C. Fowler.  1986.  Responses of mule deer to disturbance by persons afoot and snowmobiles. Wildlife Society Bulletin 14:63-68.

Gaines, W. L, P. H. Singleton, and R. C. Ross.  2003.  Assessing the cumulative effects of linear recreation routes on wildlife habitats on the Okanogan and Wenatchee National Forests. General Technical Report PNW-GTR-586. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 79 p.

Geist, V.  1978.  Behavior. Pages 283–296 in J. L. Schmidt and D. L. Gilbert, editors. Big game of North America: ecology and management. Stackpole, Harrisburg, Pennsylvania, and Wildlife Management Institute, Washington, D.C.

Gratson, M. W. and C. Whitman.  2000.  Road closures and density and success of elk hunters in Idaho. Wildlife Society Bulletin 28:302-310.

Hayes, S. G., D. J. Leptich, and P. Zager.  2002.  Proximate factors affecting male elk hunting mortality in northern Idaho. Journal of Wildlife Management 66:491-499.

Leptich, D. J. and P. Zager.  1991.  Road access management effects on elk mortality and population dynamics. Pages 126-131 in A. G. Christensen, L. Lyon, and T. N. Lonner, editors. Proceedings Elk Vulnerability Symposium, Montana State University, Bozeman, Montana.

Lyon, L. J.  1979.  Habitat effectiveness for elk as influenced by roads and cover. Journal of Forestry 79:658–660.

Lyon, L. J.  1983.  Road density models for describing habitat effectiveness for elk. Journal of Forestry 81:592–595.

Montgomery, R. A., G. J. Roloff, and J. J. Millspaugh.  2013.  Variation in elk response to roads by season, sex, and road type. Journal of Wildlife Management 77:313–325.

Naylor, L. M., M. J. Wisdom, and R. G. Anthony.  2009.  Behavioral responses of North American elk to recreational activity. Journal of Wildlife Management 73:328-338.

Phillips, G. E. and W. Alldredge.  2000.  Reproductive success of elk following disturbance by humans during calving sea-son. Journal of Wildlife Management 64:521–5

Proffitt, K. M., J. A. Gude, K. L. Hamlin, and M. A. Messer.  2013.  Effects of hunter access and habitat security on elk habitat selection in landscapes with a public and private land matrix. Journal of Wildlife Management 77:514-524.

Rost, G. R. and J. A. Bailey.  1979.  Distribution of mule deer and elk in relation to roads. Journal of Wildlife Management 43:634-641.

Rowland, M. M., M. J. Wisdom, B. K. Johnson, and M. A. Penninger.  2005.  Effects of Roads on Elk: Implications for Management in Forested Ecosystems. Pages 42-52 in M. J. Wisdom, technical editor. The Starkey Project:  a synthesis of long-term studies of elk and mule deer. Reprinted from the 2004 Transactions of the North American Wildlife and Natural Resources Conference, Alliance Communications Group, Lawrence, Kansas.

Shively, K. J., A. W. Alldredge, and G. E. Phillips.  2005.  Elk reproductive response to removal of calving season disturbance by humans. Journal of Wildlife Management 69:1073–1080.

Sanyal, N., E. Krumpe, and D. Coombs.  2007.  Mule deer hunting in Idaho: understanding the needs and experiences of hunters. University of Idaho, Moscow, Idaho.

Sanyal, N., E. Krumpe, and A. Middleton.  2012a.  Elk hunting in Idaho: understanding the needs and experiences of hunters. Prepared for the Idaho Department of Fish and Game. Department of Conservation Social Sciences, University of Idaho, Moscow, Idaho.

Sanyal, N., E. Krumpe, and A. Middleton.  2012b.  The 2012 Idaho OHV-hunter study. Prepared for the Idaho Department of Fish and Game. Department of Conservation Social Sciences, University of Idaho, Moscow, Idaho.

Skovlin, J. M., P. Zager, and B. K. Johnson.  2002.  Elk habitat selection and evaluation. Pages 557-581 in D. E. Toweill and J. W. Thomas, editors. North American elk: ecology and management. Smithsonian Institution Press, Washington, DC.

Unsworth, J. W., L. Kuck, M. D. Scott, and E. O. Garton.  1993.  Elk mortality in the Clearwater drainage of northcentral Idaho. Journal of Wildlife Management 57:495-502.

Wisdom, M. J., R. S. Holthausen, B. C. Wales, C. D. Hargis, V. A. Saab, D. C. Lee, W. J. Hann, T. D. Rich, M. M. Rowland, W. J. Murphy, and M. R. Eames.  2000.  Source habitats for terrestrial vertebrates of focus in the Interior Columbia Basin: broad-scale trends and management implications. USDA Forest Service, Pacific Northwest Field Station, General Technical Report, PNW-GTR-485.

Wisdom, M. J., A. A. Ager, H. K. Preisler, N. J. Cimon, and B. K. Johnson.  2005.  The effects of off-road recreation on mule deer and elk. Pages 67-80 in M. J. Wisdom, technical editor. The Starkey Project:  a synthesis of long-term studies of elk and mule deer. Reprinted from the 2004 Transactions of the North American Wildlife and Natural Resource Conference, Alliance Communications Group, Lawrence, Kansas.