**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
Twin Falls District
Shoshone Field Office
400 West F Street
Shoshone, Idaho 83352

**Finding of No Significant Impact**

**Wood River Valley Recreation and Access**
**NEPA No. DOI-BLM-ID-T030-2020-0015-EA**

**FINDING OF NO SIGNIFICANT IMPACT:**

I have determined that the proposed actions, as described in the EA will not have any significant impact, individually or cumulatively, on the quality of the human environment. Because there would not be any significant impact, an environmental impact statement is not required.

In making this determination, I considered the following factors:

1. The activities described in the proposed action do not include any significant beneficial or adverse impacts (40 CFR 1508.27(b)(1)).

The EA includes a description of the expected environmental consequences of constructing trails, trailheads, campsite roads and establishing annual OHV and conditional seasonal human entry restrictions.

2. The activities included in the proposed action would not significantly affect public health or safety (40 CFR 1508.27(b)(2)).

There is an inherent risk taken when using trails on public lands and not all safety issues can be totally mitigated. However, they will be addressed, to the extent practical, through trail design and outreach/education. There is a long history of good relationships between all user types of the WRV and minimizing conflicts between user groups through outreach and education.

3. The proposed activities would not significantly affect any unique characteristics (40 CFR 1508.27(b)(3)) of the geographic area such as prime and unique farmlands, caves, wild and scenic rivers, designated wilderness areas, wilderness study areas, or areas of critical concern.

Of the unique characteristics listed above the only characteristic within the planning area is the Beaver Creek area of critical environmental concern (ACEC). The area was established for the primary purposes of protecting deer and elk winter range. This area was annually closed to OHVs from December 1 – April 30 and the decision record for this EA retains that restriction except changes the start date to January 1st. Therefore, the decision continues to support the Beaver Creek ACEC objective.

4. The activities described in the proposed action do not involve effects on the human environment that are likely to be highly controversial (40 CFR 1508.27(b)(4)).

1

Constructing and using trails, trailheads and campsites is not uncommon within the planning area. Seasonal OHV restrictions have been in place since 1982. These types of facilities and their use are frequently considered throughout the area and their effects are well understood.

5. The activities described in the proposed action do not involve effects that are highly uncertain or involve unique or unknown risks (40 CFR 1508.27(b)(5)).

The project is not unique or unusual. The BLM has experience implementing similar actions in similar areas. The environmental effects to the human environment are fully analyzed in the EA. There are no predicted effects on the human environment that are considered to be highly uncertain or involve unique or unknown risks.

6. My decision to implement these activities does not establish a precedent for future actions with significant effects or represent a decision in principle about a future consideration (40 CFR 1508.27(b)(6)).

The actions were considered by the interdisciplinary team within the context of past, present, and reasonably foreseeable future actions. Significant cumulative effects are not predicted. A complete analysis of the direct, indirect, and cumulative effects of the selected alternative and all other alternatives is described in the EA.

7. The effects of constructing trails, trailheads, campsite roads and establishing annual OHV and conditional seasonal human entry restrictions would not be significant, individually or cumulatively, when considered with the effects of other actions (40 CFR 1508.27(b)(7)).

The EA discloses that there are no other connected or cumulative actions that would cause significant cumulative impacts. The interdisciplinary team evaluated the possible actions in context of past, present and reasonably foreseeable actions. The associated design features and management plan includes criteria that is part of the decision record and specifically identifies implementation of the actions. All of this was taken into consideration in the analysis. Significant cumulative effects are not predicted. A complete disclosure of the effects of the project is contained in the EA.

8. I have determined that the activities described in the proposed action will not adversely affect or cause loss or destruction of scientific, cultural, or historical resources, including those listed in or eligible for listing in the National Register of Historic Places (40 CFR 1508.27(b)(8)).

BLM will phase the scope and timing of identification efforts for the proposed developments as identified in the Record of Decision. Phased identification efforts will follow the State Protocol Agreement between the State Director of the Idaho BLM and the Idaho State Historic Preservation Office (SHPO) (2014) pursuant to 36 CFR 800.14, Subpart C prior to implementation of proposed trails, campsite developments, and trailheads that lack previous cultural inventory. The implementation of proposed projects that would cause ground disturbance will be designed to avoid identified historic properties and unevaluated cultural resources. Therefore, there will be No Historic Properties Affected. BLM received concurrence from SHPO on June 15, 2020.

9. The proposed activities are not likely to adversely affect any endangered or threatened species or its habitat that has been determined to be critical under the Endangered Species Act (40 CFR 1508.27(b)(9)).

As required by Section 7(a)(2) of the Endangered Species Act of 1973, a Biological Assessment (BA) was prepared by the Bureau of Land Management to assess the impacts of the proposed action on two ESA-listed species the Canada Lynx (Lynx canadensis) and Yellow-billed cuckoo (Coccyzus americanus occidentalis). On November 25, 2020, the BLM consultation with the U.S. Fish and Wildlife Service

(Service) on the may affect, but is not likely to adversely affect determination for Canada Lynx and yellow-billed cuckoo in the BA for the proposed action. On December 22, 2020, a letter of concurrence was received from the Fish and Wildlife Service concurring with the BLM determination that the action outlined in the BA may affect, but is not likely to adversely affect Canada lynx and yellow-billed cuckoo. ESA-listed aquatic species are not present in the project area.

10. The proposed activities will not threaten any violation of Federal, State, or local law or requirements imposed for the protection of the environment (40 CFR 1508.27(b)(10)).

See section 2.4 of the EA, Plan Conformance and Relationship to Statutes and Regulations, indicating the project does not violate any known federal, state, local or tribal law or requirement imposed for the protection of the environment. State, local, and tribal interests were given the opportunity to participate in the environmental analysis process. In addition, the project is consistent with applicable land management plans, policies, and programs.

**APPROVED:**

_____    2/26/2021
Codie Martin                              Date
Field Manager